

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00700-CV

**IN RE** Robert **CORONA** and Christina M. Mozisek

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: October 30, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 10, 2013, relators filed a petition for writ of mandamus complaining of the trial court's denial of a motion to dismiss. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 385145, styled *Green Tree Servicing LLC v. Robert G. Corona and Christina M. Mozisek and All Occupants*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Jason Wolff presiding.